IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RODNEY DALE HARMON**  **PETITIONER**
**ADC #170497**

VS.  No.  4:24-cv-00718-BRW-ERE

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**  **RESPONDENT**

## ORDER

I have received a Recommendation (Doc. No. 9) from United States Magistrate Judge Edie R. Ervin and Petitioner Rodney Dale Harmon's objections. After careful de novo review of the Recommendation, objections, and pertinent portions of the record, I approve and adopt the Recommendation in all respects.

It is therefore ordered that the Petition for Writ of Habeas Corpus is DISMISSED with prejudice. The Court declines to issue a certificate of appealability.  *See* 28 U.S.C. § 2253(c)(1)-(2);  Rule 11(a), Rules Governing § 2254 Cases in United States District Courts.  Judgment will be entered accordingly.

Respondent's motion for extension of time to respond to Petitioner's objections (Doc. No. 11) is MOOT.

IT IS SO ORDERED this 24th day of January, 2025.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE